RECEIVED
SEP 18 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY:

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 91-50090-02 |
| VERSUS | JUDGE TOM STAGG |
| DAWN MARIE WILLIAMS | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the court is a motion requesting expungement filed pro se by Dawn Marie Williams ("Williams"). See Record Document 24. The government opposes the motion. See Record Document 25. In 1991, Williams pled guilty to forging an obligation of the United States, in violation of 18 U.S.C. § 471, and making a false claim upon the United States, in violation of 18 U.S.C. § 287. She was sentenced to a three-year term of probation. See Record Document 13. On January 31, 1995, Williams violated the terms of her probation by committing a theft of more than $500, but less than $1,000, and by leaving the Western District of Louisiana without permission. Her probation was set aside and she was sentenced to five months of imprisonment. See Record Document 22. Williams now requests that this court expunge her conviction.

Federal criminal law provides for expungement of criminal convictions in very

limited circumstances, involving convictions for possession of controlled substances, which do not apply here. See 18 U.S.C. § 3607. In addition, the Fifth Circuit has made clear that a district court may not order the expungement of a valid conviction. See United States v. Scott, 793 F.2d 117, 118 (5th Cir. 1986). In Scott, the Fifth Circuit held that a "court is not empowered to [expunge a criminal record] . . . in which the validity of the original conviction is unquestioned." Id. Williams does not argue that her conviction was invalid, and as a result, this court is without power to expunge the conviction. While sympathetic to Williams's hardship, there is no legal basis for the relief requested. See United States v. Choi, 1998 WL 788777, at *1 (E.D. La. Nov. 10, 1988) (denying a request for expungement where defendant "only claim[s] that his career is limited because of his criminal record"). Accordingly, the motion for expungement is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 17th day of September, 2013.

_____
JUDGE TOM STAGG